Certificate Number: 03088-PAW-DE-037454609

Bankruptcy Case Number: 23-20440



03088-PAW-DE-037454609

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 23, 2023, at 8:59 o'clock PM CDT, Christopher Ginther completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 23, 2023                By:    /s/Doug Tonne

                                                                   Name:  Doug Tonne

                                                                   Title:    Counselor