| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher D. Ginther<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9270<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tiffany L. Ginther<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7041<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–20440–JAD | |

## Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher D. Ginther            Tiffany L. Ginther
                                  aka Tiffany L. Taylor

7/12/23                           **By the court:** Jeffery A. Deller
                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-20440-JAD
Christopher D. Ginther     Chapter 7
Tiffany L. Ginther
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: admin    Page 1 of 4
Date Rcvd: Jul 12, 2023    Form ID: 318    Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher D. Ginther, Tiffany L. Ginther, 7335 Vine Street, Enon Valley, PA 16120-4039 |
| 15576036 | + | Capital Management Service, LP, Attn: Bankruptcy, PO Box 964, Buffalo, NY 14220-0964 |
| 15584298 | + | Community Care Pediatrics, Attn: Bankruptcy, 6 Mountain Ledge, Gansevoort, NY 12831-2589 |
| 15576053 | + | DCM Services, Attn: Bankruptcy, 1550 American Blvd. East, Suite 200, Minneapolis, MN 55425-1116 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 13 2023 04:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2023 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 13 2023 04:07:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jul 13 2023 00:21:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 13 2023 04:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15576033 | + | Email/Text: bankruptcynotices@aarons.com | Jul 13 2023 00:22:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy SE, Suite 300, Atlanta, GA 30339-3182 |
| 15576034 | + | EDI: GMACFS.COM | Jul 13 2023 04:07:00 | Ally Financial, Incorporated, Attn: Bankruptcy, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 15576035 | + | EDI: PHINAMERI.COM | Jul 13 2023 04:07:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15576037 | + | EDI: CAPITALONE.COM | Jul 13 2023 04:07:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15576038 | ^ | MEBN | Jul 13 2023 00:11:13 | Capital One/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15576039 | + | EDI: CITICORP.COM | Jul 13 2023 04:07:00 | Citibank North America, Citibank SD MC 425, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15576040 | + | EDI: CITICORP.COM | Jul 13 2023 04:07:00 | Citibank/The Home Depot, Citicorp Credit |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15576041 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 13 2023 00:22:00 | Clearview Federal Credit Union, Attn: Bankruptcy, 8805 University Blvd, Moon Twp, PA 15108-4212 |
| 15584297 | ^ | MEBN | Jul 13 2023 00:11:19 | Collection Servicing Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15576042 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15576043 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15576044 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15576045 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15576046 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15576047 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15576048 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15576049 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15576050 | + | EDI: WFNNB.COM | Jul 13 2023 04:07:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15576051 | ^ | MEBN | Jul 13 2023 00:11:23 | Community Bank, N.A., Attn: Bankruptcy Dept, Po Box 509, Canton, NY 13617-0509 |
| 15576052 | + | EDI: CCUSA.COM | Jul 13 2023 04:07:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15576056 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 13 2023 00:22:00 | Equity Resources, Inc., 1 Corporate Dr, Lake Zurich, IL 60047 |
| 15576066 | + | EDI: CITICORP.COM | Jul 13 2023 04:07:00 | Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15576054 | + | EDI: DISCOVER.COM | Jul 13 2023 04:07:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15576055 | | Email/Text: eis.usbnc@eismgmt.com | Jul 13 2023 00:22:00 | EIS Management, Attn: Bankruptcy, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 15576059 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 13 2023 00:22:00 | First National Bank of Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103 |
| 15576057 | + | Email/Text: bankruptcy@firstelectronic.com | Jul 13 2023 00:23:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 15576058 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 13 2023 00:21:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15576060 | + | EDI: PHINGENESIS | Jul 13 2023 04:10:00 | Genesis Financial Solutions, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15576062 | + | Email/Text: bankruptcy@huntington.com | Jul 13 2023 00:22:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15576061 | + | Email/Text: bankruptcy@huntington.com | Jul 13 2023 00:22:00 | Huntington National Bank, Attn: Bankruptcy, 41 South High St, Columbus, OH 43215-3406 |
| 15576063 | + | Email/Text: EBNBKNOT@ford.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15576064 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2023 00:22:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 15576065 | + | Email/Text: bankruptcy@lmminc.com | Jul 13 2023 00:21:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15576068 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 13 2023 00:22:00 | Lockhart Morris & Montgomery, Inc., Attn: Bankruptcy, 1401 N Central Expressway, Ste 225, Richardson, TX 75080-4456 |
| 15576067 | + | EDI: NAVIENTFKASMSERV.COM | Jul 13 2023 00:21:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 15576069 | + | EDI: AGFINANCE.COM | Jul 13 2023 04:07:00 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15580250 | | EDI: PENNDEPTREV | Jul 13 2023 04:07:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15580250 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2023 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| | | | Jul 13 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15576070 | + | Email/Text: Bankruptcy@redfcu.org | Jul 13 2023 00:22:00 | Redstone Federal Credit Union, Attn: Bankruptcy, 220 Wynn Drive NW, Huntsville, AL 35893-0001 |
| 15576071 | | Email/Text: legalservices12@snaponcredit.com | Jul 13 2023 00:22:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 15576072 | ^ | MEBN | Jul 13 2023 00:10:57 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15576073 | + | EDI: RMSC.COM | Jul 13 2023 04:07:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15576354 | + | EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15576075 | + | EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15576076 | + | EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15576077 | + | EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15576078 | + | EDI: WTRRNBANK.COM | Jul 13 2023 04:07:00 | Target, c/o Financial & Retail Services, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15576079 | + | EDI: CITICORP.COM | Jul 13 2023 04:07:00 | Tractor Supply/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15576080 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 13 2023 00:23:00 | Transworld Systems, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15576081 | | Email/Text: bankruptcies@uplift.com | Jul 13 2023 00:21:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rodd, Sunnyvale, CA 94085 |
| 15576082 | + | EDI: VERIZONCOMB.COM | Jul 13 2023 04:07:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 15576083 | + | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Jul 13 2023 00:21:00 | Yamaha Financial Services, Attn: Bankruptcy, 6555 Katella Avenue, Cypress, CA 90630-5101 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Equity Resources, Inc. |
| 15576074 | | Syncb/walm |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennsylvania Equity Resources Inc. bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel P. Foster | on behalf of Joint Debtor Tiffany L. Ginther dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Christopher D. Ginther dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7